**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1708**

In re: JAMAR HOLT,

      Petitioner.

On Petition for Writ of Mandamus.  (8:13-cr-00204-DKC-4)

Submitted:  August 15, 2022                                        Decided:  August 25, 2022

Before AGEE and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Jamar Holt, Petitioner Pro Se.  Elizabeth G. Wright, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamar Holt petitions for a writ of mandamus, alleging unreasonable delay by the district court in acting on his motion to file an amended motion to vacate under 28 U.S.C. § 2255, as supplemented. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Holt's supplemented motion on August 8, 2022. Accordingly, because the district court has recently ruled on Holt's motion, we deny the mandamus petition as moot. We deny Holt's motion to dismiss appeal under Fed. R. App. P. 42(b) and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*